# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Graber, Susan P. | U.S. Court of Appeals 9th Circuit | 07/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

The Pioneer Courthouse
700 SW 6th Ave
Portland OR 97204

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1988 | Oregon Public Employee's Retirement Systems (PERS) with former employer when I was a state court judge. (Statutorily defined benefits, no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Graber, Susan P.** | 07/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | PERS retirement pension | $30,243.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Portland General (retirement income) |
| 2. 2019 | IRA distribution |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University/Law School | 04//11/19 - 04/13/19 | Berkeley, CA | Professional association meeting | travel expenses |
| 2. | ALI Advisers Meeting | 09/19/19 - 09/21/19 | Philadelphia, PA | Professional association meeting | travel expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P. | 07/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Graber, Susan P.** | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Charles Schwab Cash Reserves #1 (See Part VIII) | A | Interest | J | T | | | | | |
| 2. | Oregon Savings Growth Plan | | None | K | T | | | | | |
| 3. | Family Farm LLC - tax assessment dated 3/25/19 ($250,290) | D | Distribution | | S | | | | | |
| 4. | IRA #1(H) | | | | | | | | | |
| 5. | --Vanguard Short-Term Bond Index Fund (VBISX) | B | Dividend | | | Sold | 02/04/19 | O | | |
| 6. | --Vanguard 500 Index Fund (VFIAX) previously (VFINX) | C | Dividend | M | T | Buy (add'l) | 01/31/19 | K | | |
| 7. | | | | | | Buy (add'l) | 02/28/19 | L | | |
| 8. | --Vanguard Mid-Cap Index Fund (VIMAX) previously (VIMSX) | B | Dividend | M | T | Buy (add'l) | 01/31/19 | L | | |
| 9. | | | | | | Buy (add'l) | 07/08/19 | K | | |
| 10. | --Schwab Cash Reserves bank sweep account | A | Dividend | K | T | Distributed (part) | 04/24/19 | L | | |
| 11. | --Schwab Value Advantage Money Market fund | D | Dividend | M | T | Sold (part) | 07/05/19 | L | | |
| 12. | | | | | | Sold (part) | 12/09/19 | M | | |
| 13. | --Vanguard High Div Yield (VHYAX) previously ( VHDYX) | B | Dividend | L | T | Buy | 02/07/19 | K | | |
| 14. | --Vanguard Intrm Term (VFICX) | A | Dividend | L | T | Buy | 12/17/19 | K | | |
| 15. | --Vanguard S/T Investment (VFSTX) | A | Dividend | L | T | Buy | 12/17/19 | L | | |
| 16. | --Vanguard ST Treasury (VXBSX) | D | Dividend | N | T | Buy | 02/05/19 | O | | |
| 17. | | | | | | Sold (part) | 02/27/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P. | 07/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA # 2 (H) | | | | | | | | | |
| 19. --Vanguard Prime Cap Core Fund (Y) | | | | | | | | | |
| 20. --Vanguard Index 500 (VFIAX) previously (VFINX) | C | Dividend | M | T | Buy (add'l) | 01/31/19 | L | | |
| 21. | | | | | Buy (add'l) | 07/05/19 | L | | |
| 22. --Schwab Value Advantage Fund | D | Dividend | M | T | Sold (part) | 09/18/19 | J | | |
| 23. | | | | | Sold (part) | 11/06/19 | J | | |
| 24. | | | | | Sold (part) | 12/09/19 | N | | |
| 25. --Vanguard ST Bond Index Fund Investor (VBISX) | A | Dividend | | | Sold | 02/04/19 | M | | |
| 26. --Vanguard Interm Term Trsy Fd (VFITX) | A | Dividend | | | Sold | 02/05/19 | K | | |
| 27. --Vanguard High Div Yield Index (VHYAX) previously (VHDYX) | C | Dividend | M | T | Buy | 02/04/19 | K | | |
| 28. | | | | | Buy (add'l) | 02/27/19 | K | | |
| 29. --Vanguard Interm Term Investment (VFICX) | B | Dividend | M | T | Buy | 02/05/19 | K | | |
| 30. | | | | | Buy (add'l) | 12/17/19 | L | | |
| 31. --Vanguard S/T Investment (VFSTX) | A | Dividend | N | T | Buy | 12/17/19 | M | | |
| 32. --Vanguard ST Trsy (VSBSX) | C | Dividend | M | T | Buy | 02/05/19 | M | | |
| 33. --Schwab Bank sweep account | A | Interest | J | T | Distributed (part) | 09/19/19 | K | | |
| 34. | | | | | Distributed (part) | 11/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 1:  The Charles Schwab Cash Reserve funds are cash-equivalent funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan P. Graber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544